1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    AUBREY CRAWFORD,

11            Plaintiff,                        No. CIV 2:11-cv-0852-GEB-JFM (PS)

12        vs.

13    WILLIAM CAVE, et al.,

14            Defendants.                       <u>ORDER</u>

15    _____/

16            This action was referred to the undersigned pursuant to Local Rule 302(c)(21).

17    On April 6, 2011, defendants Dennis Gilmore and First American Loanstart Trustee Services

18    filed a motion to dismiss.  On April 18, 2011, defendants William Cave and US Bank National

19    Association filed a motion to dismiss.  Finally, on May 2, 2011, defendants Mark Oman and

20    Wells Fargo Bank N.A. filed a motion to dismiss.  All three motions are scheduled to be heard on

21    June 16, 2011.  No opposition to the motions to dismiss has been filed.

22            Local Rule 230(c) provides that opposition to the granting of a motion must be

23    filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

24    will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

25    the motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides that

26    failure to appear may be deemed withdrawal of opposition to the motion or may result in

sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The hearing date of June 16, 2011 is vacated.  Hearing on defendants' motions to dismiss is continued to July 14, 2011 at 11:00 a.m. in courtroom no. 26.

2.  Plaintiff shall file opposition, if any, to the motions to dismiss, no later than June 30, 2011.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;craw0852.nooppo