IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUBREY CRAWFORD,

    Plaintiff,                   No. CIV 2:11-cv-0852-GEB-JFM (PS)

    vs.

WILLIAM CAVE, *et al.*,

    Defendants.

_____ /

AUBREY CRAWFORD,

    Plaintiff,                   No. CIV 2:11-cv-1198-JAM-GGH (PS)

    vs.

AMERICAN SERVICING CORP., *et al.*,

    Defendants.                RELATED CASE ORDER

_____ /

        The court has received the Notice of Related Cases filed May 5, 2011. Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 123(a). The actions involve many of the same parties, and are based on the same or similar claims, the same property, transaction or event, similar questions of fact and the same question of law. Accordingly, the assignment of the matters to the same judge and magistrate

1

judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Accordingly, IT IS ORDERED that:

1. The action denominated 2:11-cv-1198-JAM-GGH, <u>Crawford v. American Servicing Corp., et al.</u>, be reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge John F. Moulds for all further proceedings;

2. Any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Defendants in the reassigned case shall contact Judge Moulds's courtroom deputy, Jonathan Anderson, to reschedule their respective motions to dismiss before the undersigned;

3. An initial scheduling conference is hereby set for August 25, 2011 at 11:00 a.m. in courtroom #26 before the undersigned. The parties shall submit to the court and serve by mail on all other parties, no later than seven days before the scheduling conference, a status report addressing the following matters:

    a. Service of process;
    b. Possible joinder of additional parties;
    c. Any expected or desired amendment of the pleadings;
    d. Jurisdiction and venue;
    e. Anticipated motions and the scheduling thereof;
    f. Anticipated discovery and the scheduling thereof;
    g. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

/////

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k. Any other matters that may add to the just and expeditious disposition of this matter;

   4. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:11-cv-1198-GEB-JFM; and

   5. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 9, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;craw0852.relate+status.set

3