IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUBREY CRAWFORD,

    Plaintiff,                       No. CIV 2:11-cv-0852-GEB-JFM (PS)

    vs.

WILLIAM CAVE, *et al.*,

    Defendants.                ORDER

_____/

        On April 6, 2011, defendants Dennis Gilmore and First American Loanstart Trustee Services filed a motion to dismiss. On April 18, 2011, defendants William Cave and US Bank National Association filed a motion to dismiss. Finally, on May 2, 2011, defendants Mark Oman and Wells Fargo Bank N.A. filed a motion to dismiss. All three motions are scheduled to be heard on July 14, 2011. No opposition to the motions to dismiss has been filed.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On June 8, 2011, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

1

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed June 8, 2011, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of July 14, 2011 is vacated. Hearing on defendants' motions to dismiss is continued to September 8, 2011 at 11:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motions to dismiss, within thirty days of the date of this order. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

3. The initial scheduling conference currently set for August 25, 2011 is hereby continued to December 8, 2011.

DATED: July 5, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;craw0852.46.osc